

777 Third Ave, Suite 2104, New York, NY 10017
Phone: 212.952.1100 Fax: 212.952.1110
www.hbandglaw.com

*Paul Plush*
*Special Counsel*
*Direct: 201.465.4180*
*Paul.Plush@hbandglaw.com*

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
Part 11B
500 Pearl Street
New York, NY 10007
ClarkeNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

    **Re:**    ***David Sawyer, Jr. vs. Hugh Gibbs & Swift Transportation Company of Arizona, LLC***
            **Docket No.: 1:24-cv-06667-JGLC**
            **Our File No.: 220-2303**

Dear Honorable Jessica G. L. Clarke:

    Our office represents the defendants, Hugh Gibbs and Swift Transportation Company of Arizona, LLC.

    We recently reached out to Plaintiff's counsel, Devin Janosov, Esq. of Papcsy Janosov Roche, LLP for a meet and confer to discuss the proposed Civil Case Management Plan and Scheduling Order in anticipation of our initial conference scheduled for November 7, 2024. However, we were advised by a representative from Papcsy Janosov Roche, LLP that Mr. Janosov was unable to appear for the conference as he was not admitted to practice in the Southern District of New York. The firm further advised that they were currently seeking to transfer the matter to another attorney who was admitted to practice before this Court.

    As such, we are seeking an adjournment of the initial conference, currently scheduled for November 7, 2024.

    We thank you for your attention to this matter. Kindly contact us with any questions.

Application GRANTED. The initial pre-trial conference originally scheduled for November 7, 2024 is hereby RESCHEDULED to **December 19, 2024 at 4:00 PM**. The parties shall submit their joint letter and proposed case management plan and scheduling order by **December 12, 2024**. Counsel for Plaintiff shall enter any appearances on or before **December 6, 2024**.

Defendant's counsel is instructed to serve a copy of this order on Plaintiff. The Clerk of Court is directed to terminate ECF No. 11.

Respectfully submitted,

Paul Plush
Haworth Barber & Gertsman, LLC

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: November 4, 2024
New York, New York