UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SAWYER JR.,

Plaintiff,

-against-

HUGH GIBBS, et al.,

Defendants.

24-CV-6667 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

As discussed at the January 16, 2025 initial pre-trial conference before this Court, counsel for Plaintiff is ORDERED to file any *pro hac vice* application and paperwork no later than **February 14, 2025.** The parties are also instructed to file a joint letter, by that same date, with the information described in the Court's prior order (ECF No. 8 at 1–2). The letter should also attach the required proposed case management plan and scheduling order, and should indicate whether the parties would like to appear for another initial conference before the Court. Should the parties so desire, they shall provide three mutually convenient dates for a Thursday in March in April.

Dated: January 21, 2025
       New York, New York

SO ORDERED.

_Jessica Clarke_____

JESSICA G. L. CLARKE
United States District Judge