UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SAWYER JR.,

                    Plaintiff,

-against-

HUGH GIBBS, et al.,

                    Defendants.

24-CV-6667 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The Court has received the parties' July 11, 2025 joint letter describing a discovery dispute regarding Plaintiff's alleged failure to cooperate during discovery. ECF No. 27. It is HEREBY ORDERED that the parties shall appear for a conference before this Court on **August 7, 2025 at 11:00 AM** in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, regarding this dispute. The parties are directed to meet and confer for at least one hour prior to the conference in an attempt to narrow, or resolve, these issues. In addition, the parties shall confer regarding a revised case management plan and scheduling order for this Court's review and approval. If the parties are able to resolve all disputes and agree to a proposed schedule in advance of the conference, the parties shall file a joint letter and proposed scheduling order by no later than **August 5, 2025.** In that event, the Court will adjourn the conference.

Dated: July 14, 2025
       New York, New York

                          SO ORDERED.

                          *Jessica Clarke*

                          JESSICA G. L. CLARKE
                          United States District Judge