UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAWYER,

                              Plaintiff,

              -against-                                    24-CV-6667 (JGLC)

GIBBS, et al.,                                            **ORDER**

                              Defendants.

JESSICA G. L. CLARKE, United States District Judge:

The Second Amended Civil Case Management Plan and Scheduling Order directed the parties to submit a post-discovery joint status letter, as outlined in Section 3(d) of the Court's Individual Rules and Practices in Civil Cases, by April 7, 2026. ECF No. 34 ¶ 12. No such letter has been filed. Accordingly, by **April 13, 2026**, the parties are directed to file their letter. If seeking an extension of discovery, the parties must submit both a letter and a proposed Third Amended Civil Case Management Plan and Scheduling Order.

Dated:  April 9, 2026
        White Plains, New York

                                          SO ORDERED.

                                          *Jessica Clarke*
                                          _____
                                          JESSICA G. L. CLARKE
                                          United States District Judge